**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 99-6573**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIK CONYERS,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CR-94-137, CA-97-1180-3-19)

————————————

Submitted: June 17, 1999         Decided: June 25, 1999

————————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Erik Conyers, Appellant Pro Se. Sean Kittrell, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Erik Conyers seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Conyers fails to show he was prejudiced by counsel's failure to request an additional one-point reduction for acceptance of responsibility under U.S. Sentencing Guidelines Manual § 3E1.1 (1993). Similarly, because the probation officer's estimate of the amount of drugs for which Conyers was responsible was actually very conservative, Conyers cannot show he was prejudiced by counsel's failure to object to this amount. See Lockhart v. Fretwell, 506 U.S. 364, 372 (1993). Accordingly, we deny Conyers' motion for a certificate of appealability and dismiss the appeal. See United States v. Conyers, Nos. CR-94-137; CA-97-1180-3-19 (D.S.C. Mar. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2